# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ARTI BHASKAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNIFUND CCR, LLC and LAZEGA & JOHANSON LLC,** )<br>)<br>)<br>**Defendants.** )<br>) | Case No.: 1:19-cv-01816-LMM-AJB |

## Notice of Settlement

Plaintiff ARTI BHASKAR, hereby notifies the Court the parties have reached a settlement and requests all deadlines be stayed for the parties to consummate said settlement. Plaintiff shall notify the Court of any issues consummating the settlement or file an appropriate dismissal within 45 days.

Submitted August 7, 2019.

/s/Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503
Counsel for Plaintiff

Cliff Carlson Law, P.C.
1114-C-1 Highway 96 #347
Kathleen, GA 31047
Telephone 478-254-1018
Facsimile: 888-526-1575
cc@cliffcarlsonlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARTI BHASKAR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>UNIFUND CCR, LLC and LAZEGA & JOHANSON LLC,<br><br>Defendants. | Case No.: 1:19-cv-01816-LMM-AJB |

## Certificate of Service

I hereby certify that I electronically filed the foregoing with any exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any counsel of record registered on the CM/ECF system.

Submitted August 7, 2019.

/s/Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C-1 Highway 96 #347
Kathleen, GA 31047
Telephone 478-254-1018
Facsimile: 888-526-1575
cc@cliffcarlsonlaw.com